1  **WILLIAM S. SCOTT, ESQ., #72581**
   **SCOTT & NICHOLS**
2  120 N. Hunter Street
   Stockton, CA 95202
3  Telephone: (209) 942-4300
   Facsimile:  (209) 942-4450
4
   Attorneys for Defendants
5  JEFFREY D. PODESTO and JERROLD L. BALL

6  **LINDA BALDWIN JONES, #178922**
   **WEINBERG, ROGER & ROSENFELD**
7  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
8  Alameda, CA 94501-1091
   Telephone: (510) 337-1001
9  Facsimile:  (510) 337-1023

10 Attorneys for Plaintiffs

11

                    UNITED STATES DISTRICT COURT
12
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14 | ROSEMARY MUCKLOW; PHIL SALGADO, in their capacities as Trustees of the NORTHERN CALIFORNIA UPCW WHOLESALE HEALTH & WELFARE FUND, | **Case No.: C:06-5926 MHP** |
   |---|---|
   | Plaintiffs, | **STIPULATION EXTENDING TIME TO FILE ANSWER** |
   | vs. | |
   | JOHN PODESTO, individually and dba CALIFORNIA SPRAY DRY CO., JEFFREY A. PODESTO, individually and dba CALIFORNIA SPRAY DRY CO., WILLIAM A. SHIRLEY, individually and dba CALIFORNIA SPRAY DRY CO., JERROLD L. BALL, individually and dba CALIFORNIA SPRAY DRY CO., | |
   | Defendants. | |

24        PURSUANT TO CIVIL LOCAL RULE 6-1, IT IS HEREBY STIPULATED AND

25 AGREED by and between counsel for plaintiffs ROSEMARY MUCKLOW; PHIL SALGADO, in

26 their capacities as Trustees of the NORTHERN CALIFORNIA UPCW WHOLESALE HEALTH &

27 WELFARE FUND, and counsel for defendants JEFFREY D. PODESTO and JERROLD L.

28

---

**STIPULATION EXTENDING TIME TO FILE ANSWER**                               **C:06-5926 MHP**

1

1  BALL, the time to answer in this matter be extended from October 30, 2006 to November 20,
2  2006.  This Stipulation does not alter the date of any event or any deadline already fixed by
3  Court order.

4  Dated: October 23, 2006                    WEINBERG, ROGER & ROSENFELD
                                              A Professional Law Corporation

6                                             /s/ Linda Baldwin Jones
                                              LINDA BALDWIN JONES
7                                             Attorney for Plaintiffs

9  Dated: October 24, 2006                    SCOTT & NICHOLS
                                              Professional Law Corporation

11                                            /s/ William S. Scott
                                              WILLIAM S. SCOTT
12                                            Attorney for Defendants
                                              JEFFREY D. PODESTO AND
13                                            JERROLD A. BALL

17          10/25/2006

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---
**STIPULATION EXTENDING TIME TO FILE ANSWER**                              **C:06-5926 MHP**
2