```
DENNIS B. COOK, ESQ. (SBN 93432)
ERICK C. TURNER, ESQ. (SBN 236186)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227
```

Attorneys for Defendant JOHN J. PODESTO, individually
AND JERROLD L. BALL, individually

```
BARRY E. HINKLE, ESQ. (SBN 071223)
LINDA BALDWIN JONES, ESQ. (SBN 178922)
ANDREA LAIACONA, ESQ. (SBN 208742)
WEINBERG, ROGER & ROSENFELD
101 MARINA VILLAGE PARKWAY, SUITE 200
ALAMEDA, CALIFORNIA 94501-1091
TELEPHONE NO: (510) 337-1001
FACSIMILE NO: (510) 337-1023
```

Attorneys for Plaintiffs

```
M. BRETT BURNS, ESQ. (SBN
CHELSEA MUNDAY, ESQ. (SBN 217746
AKIN GUMP
2029 Century Park East, Suite 2400
LOS ANGELES, CALIFORNIA 90067
TELEPHONE NO: (310) 728-3266
FACSIMILE NO: (310) 728-2266
```

Attorneys for Defendants CALIFORNIA SPRAY DRY CO.
and WILLIAM A. SHIRLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW; PHIL SALGADO, in their capacities as Trustees of the NORTHERN CALIFORNIA UPCW WHOLESALE HEALTH & WELFARE FUND, <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN PODESTO, individually and dba CALIFORNIA SPRAY DRY CO., JEFFREY A. PODESTO, individually and dba CALIFORNIA SPRAY DRY CO., WILLIAM A. SHIRLEY, individually and dba CALIFORNIA SPRAY DRY CO., JERROLD L. BALL, individually and dba CALIFORNIA SPRAY DRY , <br><br> Defendant(s). | Case No. C 06 5926 MHP <br><br> [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> Date: March <u>19</u>, 2007 <br> Time: ~~1:30 p.m.~~ 4:00 p.m. <br> Dept: 15 <br> Judge: Honorable Marilyn H. Patel |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

M:\LTJ\8096\Order.Stip.continue.CMC.Mucklow.March.2007.doc      1

## ORDER

**IT IS FURTHER ORDERED** that the Case Management Conference previously scheduled for February 12, 2007, at 4:00 p.m. be and the same hereby is continued to **Monday, March 19, 2007, at ~~1:30~~ 4:00 p.m. in Courtroom 15.** *

DATED: February 27, 2007.

_____
Honorable Marilyn H. Patel
Judge of the United States District Court
Northern District of California

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

\* THE CASE MANAGEMENT STATEMENT SHALL BE FILED ON OR BEFORE MARCH 12, 2007, AND SHALL BE A JOINT CMC STATEMENT.

# PROOF OF SERVICE

I, Colleen Clay, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Cook Brown, LLP, 555 Capitol Mall, Suite 425, Sacramento, California 95814. On February 14, 2007, I served the within documents described as:
**[PROPOSED] TO CONTINUE CASE MANAGEMENT CONFERENCE**

☒ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (BY U.S. MAIL) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ (BY OVERNIGHT MAIL) I caused such document(s) to be sent by overnight mail by using Federal Express Mail (_____) under that practice it would be deposited that same day in a Federal Express drop box for delivery the next business day.

☐ (BY PERSONAL SERVICE) by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ (BY PERSONAL SERVICE) by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Linda Baldwin Jones, Esq.  
Andrea Laiacona, Esq.  
Weinberg, Roger & Rosenfeld  
101 Marina Village Parkway, Suite 200  
Alameda, CA 94501-1091  

Brett Burns, Esq.  
Chelsea Munday, Esq.  
Akin Gump  
2029 Century Park East, Suite 2400  
Los Angeles, CA 9067  

Telephone No. :  
Facsimile No.:

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 14, 2007, at Sacramento, California.

*[signature]*
COLLEEN CLAY

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

M:\LTJ\8096\Order.Stip.continue.CMC.Mucklow.March.2007.doc     3