**WILLIAM S. SCOTT, ESQ., #72581**
**SCOTT & NICHOLS**
120 N. Hunter Street
Stockton, CA 95202
Telephone: (209) 942-4300
Facsimile:  (209) 942-4450

Attorneys for Defendants
JOHN J. PODESTO individually and JERROLD L. BALL, individually

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW; PHIL SALGADO, in their capacities as Trustees of the NORTHERN CALIFORNIA UPCW WHOLESALE HEALTH & WELFARE FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN PODESTO, individually and dba CALIFORNIA SPRAY DRY CO., JEFFREY A. PODESTO, individually and dba CALIFORNIA SPRAY DRY CO., WILLIAM A. SHIRLEY, individually and dba CALIFORNIA SPRAY DRY CO., JERROLD L. BALL, individually and dba CALIFORNIA SPRAY DRY CO.,<br><br>Defendants. | Case No.: C:06-5926 MHP<br><br>[PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEYS |

## ORDER

_____**IT IS HEREBY ORDERED** that the substitution of attorney filed on February 7, 2007 be granted and that former counsel William S. Scott be removed as counsel of record for John J. Podesto and Jerrold L. Ball.

**IT IS FURTHER ORDERED** that Dennis B. Cook of COOK, BROWN, LLP is now the lead counsel and attorney of record for John J. Podesto and Jerrold L. Ball.

---

**ORDER RE SUBSTITUTION OF ATTORNEY**                                                                                 **C:06-5926 MHP**

1

1
2   Dated: March 27, 2007
3                                          _____
4                                          Honorable
                                            Judge
5                                          Northern

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER RE SUBSTITUTION OF ATTORNEY**                                          **C:06-5926 MHP**

2