BARRY E. HINKLE, Bar No. 071223
LINDA BALDWIN JONES, Bar No. 178922
ANDREA LAIACONA, Bar No. 208742
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001; Fax 510.337.1023

Attorneys for Plaintiffs

DENNIS B. COOK, Bar No. 093432
COOK BROWN, LLP
555 Capitol Mall, Suite 425
Sacramento, CA 95814
Telephone 916.442.3100; Fax 916.442.4227

Attorneys for John J. Podesto and Jerrold L. Ball

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW; PHIL SALGADO, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JOHN J. PODESTO, Individually and doing business as CALIFORNIA SPRAY DRY CO; JEFFREY D. PODESTO, Individually and doing business as CALIFORNIA SPRAY DRY CO; WILLIAM A. SHIRLEY, Individually and doing business as CALIFORNIA SPRAY DRY CO; JERROLD L. BALL, Individually and doing business as CALIFORNIA SPRAY DRY CO; CALIFORNIA SPRAY DRY CO,<br><br>　　　　　　Defendants. | No.　C 06-05926 MHP<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE BY PLAINTIFFS AND DEFENDANTS JOHN J. PODESTO AND JERROLD L. BALL; [PROPOSED] ORDER** |

　　　　Pursuant to the Tolling Agreements between Plaintiffs and Defendants John J. Podesto and Jerrold L. Ball, Plaintiffs and Defendants Podesto and Ball, by and through their counsel of record, hereby stipulate and agree that Defendants John J. Podesto and Jerrold L. Ball be dismissed without prejudice from the above-entitled action. In light of this Stipulation Without Prejudice, Plaintiffs and Defendants agree that the Court vacate its July 19, 2007 Order dismissing this action

with prejudice (Ninety-Day Conditional Dismissal) as to Defendants Podesto and Ball.

Dated: August, 13, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Linda Baldwin Jones
LINDA BALDWIN JONES
Attorneys for All Plaintiffs

Dated: August, 10, 2007

COOK BROWN, LLP

By: /s/ Dennis B. Cook
DENNIS B. COOK
Attorneys for John J. Podesto and Jerrold L. Ball

### [PROPOSED] ORDER

Pursuant to the Stipulation of Dismissal Without Prejudice between Plaintiffs and Defendants John J. Podesto and Jerrold L. Ball, the Court's July 19, 2007 Order dismissing this action with prejudice is vacated as to Defendants Podesto and Ball. Defendants John J. Podesto and Jerrold L. Ball are dismissed without prejudice from the above-entitled action.

Dated: 08/13/07

The Honorable Marilyn Hall Patel

112376/465677

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]

- 2 -
Stipulation of Dismissal Without Prejudice (Case No. C 06-05926 MHP)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001